## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION
## FRANKFORT

Eastern District of Kentucky
FILED

OCT 17 2024

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.**                                                    INDICTMENT NO. 3:24cr12-GFVT-MAS

**DESMOND ELIJAH BELLOMY and
WILLIAM QUEJOHN DIXON**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18. U.S.C. § 922(g)(1)

On or about November 7, 2023, in Shelby County, in the Eastern District of

Kentucky,

### DESMOND ELIJAH BELLOMY and
### WILLIAM QUEJOHN DIXON

each knowing he had previously been convicted of a crime punishable by imprisonment

for a term exceeding one year, did knowingly possess a firearm that was in or affecting

interstate commerce, to wit, a Glock 17 pistol, serial # AGLK546, and a Glock 23 pistol,

serial # GHX143, all in violation of 18 U.S.C. § 922(g)(1).

### FORFEITURE ALLEGATIONS
### 18 U.S.C. § 924(d)(1)
### 28 U.S.C. § 2461

1.      By virtue of the commission of the offense alleged in Count 1 of this

Indictment, **DESMOND ELIJAH BELLOMY and WILLIAM QUEJOHN DIXON**

shall forfeit to the United States any and all firearms and ammunition involved in or used,

or intending to be used, in the violation of 18 U.S.C. § 922. Any and all interest that

**DESMOND ELIJAH BELLOMY and WILLIAM QUEJOHN DIXON** has in this

property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1)

and 28 U.S.C. § 2461.

2.      The property to be forfeited includes, but is not limited to, the following:

## FIREARM AND AMMUNTION:
a.  Glock 17 pistol, serial # AGLK546;
b.  Glock 23 pistol, serial # GHX143; and
c.  Any associated ammunition.

**A TRUE BILL**

**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:**    Not more than 15 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

If armed career criminal: Not less than 15 years imprisonment, not more than a $250,000 fine, and not more than 5 years supervised release.

**PLUS:**    Forfeiture of all listed property.

**PLUS:**    Mandatory special assessment of $100 per count.

**PLUS:**    Restitution, if applicable.